UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL LIETZKE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GREYHOUND LINES, INC.,<br><br>　　　　　Defendant. | No. 2:18-cv-2734-MCE-KJN PS<br><br><br><br>ORDER |

　　　　Plaintiff Bill Lietzke, proceeding without counsel, commenced the instant action on October 10, 2018. (ECF No. 1.) However, plaintiff's complaint is identical to a complaint plaintiff previously filed against Greyhound Lines, Inc. in this district. See Lietzke v. Greyhound Lines Inc., 2:18-cv-2392-TLN-CKD, ECF No. 1. On October 3, 2018, another judge of this court, after performing a venue analysis, transferred that action to the Northern District of Alabama pursuant to 28 U.S.C. § 1406(a) or, in the alternative, 28 U.S.C. § 1404(a). Id., ECF No. 3. It thus appears that the filing of the instant action is merely an improper attempt to refile that prior action in this district. Therefore, the court likewise transfers this action to the Northern District of Alabama, which may decide, in its discretion, to consolidate the actions or dismiss this later-filed action as duplicative.

Plaintiff is hereby CAUTIONED that if he again attempts to refile the same action in this district, monetary sanctions will be imposed.

Accordingly, IT IS ORDERED that:

1. This action is TRANSFERRED to the Southern Division of the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1406(a) or, in the alternative, 28 U.S.C. § 1404(a).
2. The Clerk of Court shall close this case.

Dated: November 8, 2018

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE